# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

THE ESTATE OF PAUL HEENAN,
by Personal Representative John Heenan,

      Plaintiff,

    v.                        Case No. 13-CV-606

The CITY OF MADISON,
and MADISON POLICE OFFICER STEPHEN HEIMSNESS,
in his individual capacity,

      Defendants.

---

**Plaintiff's Response to City Conditional Motion for Stay of Trial**

---

|  |  |
|---|---|
|  | THE JEFF SCOTT OLSON |
|  | LAW FIRM, S.C. |
|  | JEFF SCOTT OLSON |
| FOX & FOX, S.C. | State Bar No. 1016284 |
| MICHAEL R. FOX | ANDREA J. FARRELL |
| State Bar No. 1015173 | State Bar No. 1064773 |
| 124 West Broadway | 131 W. Wilson St., Suite 1200 |
| Monona, WI 53716 | Madison, WI 53703 |
| Phone:    (608)258-9588 | Phone:    (608) 283-6001 |
| Fax:    (608)258-9105 | Facsimile:    (608) 283-0945 |
| E-mail:    mfox@foxquick.com | E-mail:    jsolson@scofflaw.com |

                          ATTORNEYS FOR PLAINTIFF

The Plaintiffs do not oppose the City's motion (dkt. # 173), requesting that, if the Plaintiff's motion to certify Defendant Heimsness's appeal as frivolous and proceed with trial (dkt. # 173) is denied, further proceedings in this Court be stayed pending disposition of the case by the Court of Appeals for the Seventh Circuit. *Allman v. Smith*, 764 F.3d 682 (7th Cir. 2014).

Dated this Thursday, June 04, 2015.

Respectfully submitted,

Estate of Paul Heenan,

Plaintiff,

By

FOX & FOX, S.C.
MICHAEL R. FOX
State Bar No. 1015173
124 West Broadway
Monona, WI 53716
Phone:         (608)258-9588
Fax:             (608)258-9105
E-mail:         mfox@foxquick.com

THE JEFF SCOTT OLSON LAW FIRM, S.C.
JEFF SCOTT OLSON
State Bar No. 1016284
ANDREA J. FARRELL
State Bar No. 1064773
131 W. Wilson St., Suite 1200
Madison, WI 53703
Phone:         (608) 283-6001

Facsimile:    (608) 283-0945
E-mail:       jsolson@scofflaw.com


/s/ Jeff Scott Olson

_____

ATTORNEYS FOR PLAINTIFF

### Certificate of Service

I hereby certify that on Thursday, June 04, 2015, I electronically filed the foregoing with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Amanda Jane Kaiser, Catherine M. Rottier, Samuel C. Hall, Jr., and Timothy M. Johnson, and I hereby certify that I have mailed by United States Postal Service the document to the following non ECF participants: none.

_____/s/ Jeff Scott Olson_____

2