# COURTROOM MINUTES
## CIVIL

DATE: 6/5/2015     DAY: Friday     START TIME: 9:05 a.m.   END TIME: 10:15 a.m.

JUDGE/MAG.: William M. Conley     CLERK: jef     REPORTER: LS

CASE NO.: 13-cv-606-wmc     CASE NAME: Estate of Paul Heenan v. City of Madison, et al.

**APPEARANCES:**

PLAINTIFF(S):
Atty. Andrea Joyce Farrell
Atty. Jeff Scott Olson
Atty. Michael Robert Fox

DEFENDANT(S):
Atty. Samuel C. Hall, Jr.
Atty. Timothy M. Johnson
Atty. Amanda Jane Kaiser

**PROCEEDING:**

☐ CONFIRMATION OF SALE          ☐ ORDER TO SHOW CAUSE

☐ CONTEMPT OF COURT             ☒ OTHER: Motion hearing

☐ MOTION FOR DEFAULT JUDGMENT

Re: dkts. #173 Plaintiff's Motion to Quash Notice of Appeal, to Certify Appeal as Frivolous and Proceed with Trial, and

#176 Defendants' Motion to Stay Proceedings in District Court pending Defendant Heismans' Appeal.

Order on motions to follow.

TOTAL COURT TIME: 1:10