IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

THE ESTATE OF PAUL HEENAN,
by Personal Representative John Heenan,

       Plaintiff,                                            Case No: 3:13-cv-606-wmc

v.

THE CITY OF MADISON and
MADISON POLICE OFFICER STEPHEN HEIMSNESS,
in his individual capacity,

       Defendants.

---

NOTICE OF APPEAL

---

NOTICE IS HEREBY GIVEN that the Defendant, Stephen Heimsness, by his attorneys, CRIVELLO CARLSON, S.C., hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Decision and Order by the Honorable William M. Conley, entered on June 1, 2015, Docket No. 168, which denied qualified immunity and summary judgment in favor of Stephen Heimsness.

Dated this 3rd day of June, 2015.

By:    s/ Samuel C. Hall, Jr.
        SAMUEL C. HALL, JR.
        State Bar No. 1045476
        TIMOTHY M. JOHNSON
        State Bar No. 1052888
        Attorneys for Defendant Madison Police
        Officer Stephen Heimsness
        CRIVELLO CARLSON, S.C.
        710 N. Plankinton Avenue, Suite 500
        Milwaukee, WI  53203
        Ph: (414) 271-7722
        Fax: (414) 271-4438
        E-mail: shall@crivellocarlson.com
                tjohnson@crivellocarlson.com